# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | | |
|---|---|---|
| Justin McPhail | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. 3:23-cv-00385-MPM-RP |
| Grenada County Sheriff | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. I am being held at: **Grenada County Adult Detention Center, Grenada, MS**

2. I hereby certify that I have been incarcerated continuously since April 4, 2018, a period of over 6 years, as a result of proceedings underlying this cause, and that as a result of my incarceration I have no remaining assets with appreciable relevance to this declaration, to enumerated items 2-6, below, or my ability to prepay the fees normally required for filing of the petition for writ of mandamus herein referenced. I am for all purposes related to this application, indigent, and unable to proceed in the absence the waiver prayed for herein.

**I have no income, no savings, no employment.** /JM/

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment — Yes ☐  No ✔
(b) Rent payments, interest, or dividends — Yes ☐  No ✔
(c) Pension, annuity, or life insurance payments — Yes ☐  No ✔
(d) Disability, or worker's compensation payments — Yes ☐  No ✔
(e) Gifts, or inheritances — Yes ☐  No ✔
(f) Any other sources — Yes ✔  No ☐

SNA /JM/

4. Amount of money that I have in cash or in a checking or savings account: _____

NA

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

NA

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

NA

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: NA

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

NA

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 04/21/2024

*JM*

*Justin McPhail*
Applicant's signature

Justin McPhail
Printed name

[ Print ]  [ Save As... ]  [ Add Attachment ]  [ Reset ]

Justin McPhail, Pro Se
Inmate # 1314
Grenada County Adult
Detention Center
37 Doak Street
Grenada, MS 38901

Proceeding herein referenced originated in a

# The UNITED STATES DISTRICT COURT
for the
Northern DISTRICT OF Mississippi

Justin McPhail,

Plaintiff(s)

v.

Granada County Sheriff,

Defendant(s)

Case No. 3:23-CV-000385-MPM-RP

**AFFIDAVIT ACCOMPANYING MOTION
FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: Justin McPhail     Date: 4/20/24

My issues on appeal are: This document is presented in support of a Petition for Writ of Mandamus which I request consideration of by the U.S. Court of Appeals for the Fifth Circuit. I have been incarcerated for six years, have lost everything financially appreciable and hereby declare

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

that the questions enumerated as 1-9 of this form are not applicable to me since I have nothing left.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| **Total monthly income:** | $ 0 | $ | $ 0 | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | | | $ |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ ∅

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| lost to freclosure | | Make and year: |
| | | Model: |
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>    Are real estate taxes included?    [ ] Yes [ ] No<br>    Is property insurance included?    [ ] Yes [ ] No | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |

| Home maintenance (repairs and upkeep) | $ | $ |
|---|---|---|
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
|     Motor Vehicle: | $ | $ |
|     Credit card (name): | $ | $ |
|     Department store (name): | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| **Total monthly expenses:** | $ 0 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   [X] Yes [ ] No      If yes, describe on an attached sheet.

   When I am eventually released I will return to the continuous work I have always pursued.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit? [✗] Yes [ ] No

    If yes, how much? $ ~~scribbled out~~
    appr. $25,000.00

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

12. State the city and state of your legal residence.

    Your daytime phone number: (662) 226-6212

    Your age: 49    Your years of schooling: Bachelor's Degree

    Last four digits of your social-security number: 7986

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Justin McPhail | { |
| | { |
| v | { 3:23-cv-000385-MPM-RP |
| | { |
| Grenada County Sheriff | { |

## DECLARATION OF INMATE FILING

I am an inmate confined in an institution. Today, April 13, 2024, I am depositing the PETITION FOR WRIT OF MANDAMUS in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Executed By: s//Justin McPhail, 4/21/2024